**FILED**
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1087-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| LEONARDO DANIEL LEON-MORENO, | (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about March 11, 2008, within the Southern District of California, defendant LEONARDO DANIEL LEON-MORENO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 29.24 kilograms (64.33 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 8, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
4/8/08